AB:VJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         - against -

MICHAEL PAGUAY,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**C O M P L A I N T**

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

No. 23-MJ-254

EASTERN DISTRICT OF NEW YORK, SS:

JOSEPH STROCCHIA, being duly sworn, deposes and states that he is a Special Agent with the Drug Enforcement Administration, duly appointed according to law and acting as such.

On or about March 20, 2023, within the Eastern District of New York and elsewhere, the defendant MICHAEL PAGUAY, together with others, did knowingly and intentionally possess with intent to distribute a substance containing fentanyl, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA"). I have been a Special Agent with the DEA since 2020. Prior to that, I was a Chicago

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Police Department Officer for approximately five years.   Over the course of my career, I have

participated in numerous investigations of unlawful narcotics distribution—including the

execution of search warrants, surveillance, and debriefing informants.   I am familiar with the

facts and circumstances set forth below from my participation in this investigation; my

interviews with witnesses; my review of evidence; and reports of other law enforcement officers

involved in the investigation.

      2.     The DEA has been investigating drug distribution in the Queens, New

York region.   During the course of this investigation, law enforcement officers learned that the

defendant PAGUAY was offering thousands of counterfeit opiate pills containing fentanyl for

sale.

      3.     Earlier this March 2023, officers obtained from a Confidential Source

("CS-1")[2] a number of pills CS-1 received from PAGUAY.   The pills were blue and stamped

with "M" and "30" which I recognize to be a pharmaceutical marker for oxycodone.   A

chemical analysis of the pills done by agents was positive for fentanyl.

      4.     Law enforcement officers learned that PAGUAY was planning to sell

fentanyl pills on March 20, 2023, at or near a residence in the Corona section of Queens.   At

approximately 3:30pm on March 20, 2023, officers surveilled PAGUAY in Corona, New York.

He entered a residence at 34-37 111th Street (the "residence") and exited carrying a black bag.

PAGUAY placed the bag in the trunk of a white Dodge Avenger.   PAGUAY returned to the

---

[2] CS-1 began cooperating with the DEA after s/he was arrested for controlled substances crimes.   S/he has since pleaded guilty and is awaiting sentencing.   S/he has agreed to cooperate with law enforcement in exchange for leniency at sentencing.   The information s/he has provided in the past has led to a number of federal prosecutions.

3

residence and again exited carrying what appeared to be a different black backpack accompanied by another individual ("Individual-1").

5.      PAGUAY and Individual-1 walked in different directions upon exiting the residence.  Officers then approached PAGUAY and identified themselves as law enforcement officers.  PAGUAY responded by running and throwing his backpack and attempting to throw two cellular devices.  Officers detained PAGUAY and recovered the backpack which had a partially opened zipper.  Visible inside the bag were five clear plastic baggies each containing multiple blue pills bearing the mark "M" and "30," similar to the pills recovered from CS-1. The recovered pills weighed approximately 600 grams.

WHEREFORE, your deponent respectfully requests that the defendant MICHAEL PAGUAY be dealt with according to law.

SA Joseph Strocchia

JOSEPH STROCCHIA
Special Agent
Drug Enforcement Administration

Sworn to before me this
21 day of March, 2023

THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK